# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2185 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 80 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 30286 |
| MICHAEL HOWARD MARKS, | : | |
| Respondent | : | (Allegheny County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 15th day of July, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated June 19, 2015, the Joint Petition in Support of Discipline on Consent is hereby GRANTED pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Michael Howard Marks is suspended on consent from the practice of law for a period of eighteen months, the suspension is stayed in its entirety and he is placed on probation for a period of eighteen months, subject to the following conditions:

1. Respondent shall continue treatment with Susan Atkinson, PhD, or another similarly qualified mental healthcare professional, who is to direct and supervise his activities;

2. Respondent shall cooperate with directions of the mental healthcare professional supervising his treatment, take medications as prescribed and engage in therapy and counseling as directed;

3.     Respondent shall file quarterly written reports with the Secretary of the Board and shall attach reports verifying the above counseling and treatment; and

4.     Respondent shall file quarterly reports with the Office of Disciplinary Counsel attesting to his continued compliance with Rule of Professional Conduct 1.15 (relating to safekeeping property).